STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

06-987

THEODORE VENISSAT, ET AL.

VERSUS

ST. PAUL FIRE & MARINE INS. CO., ET AL.

************
APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 03-5880
HONORABLE R. RICHARD BRYANT, JR., DISTRICT JUDGE

************

ON REHEARING

ULYSSES GENE THIBODEAUX
CHIEF JUDGE

************

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Sylvia R. Cooks, Elizabeth A. Pickett, J. David Painter, and James T. Genovese, Judges.

**AFFIRMED AS AMENDED.**

Thomas John Gayle
Ranier, Gayle & Elliot
P. O. Box 1890
Lake Charles, LA 70602-1890
COUNSEL FOR:
     Plaintiffs/Appellants -  Theodore and Vera Venissat

Todd M. Ammons
Stockwell, Sievert, Viccellio, Clements & Shaddock
P. O. Box 2900
Lake Charles, LA 70602
COUNSEL FOR:
     Secondary Defendants/Appellants - St. Paul Fire & Marine Ins. Co.,
     Calcasieu Parish Sheriff's Dept. and Charles Ferguson

**THIBODEAUX, Chief Judge.**

We grant the Application for Rehearing filed on behalf of plaintiffs, Theodore Venissat and Vera Venissat, for the sole purpose of amending our original opinion to reflect an award of $5,000 to Vera Venissat for loss of consortium. Thus, our "Conclusion" embodied in our original opinion is hereby amended and reformed to read as follows:

> "For the foregoing reasons, we amend the jury verdict for past medical expenses, past lost wages, and pain and suffering awarded to Theodore and Vera Venissat to reflect the following damages: past medical expenses, $75,000; past lost wages, $32,000; and, pain and suffering, $60,000. The jury's awards of $5,000 for loss of enjoyment of life and $10,000 for mental anguish are affirmed. Therefore, the total general damages award to Theodore Venissat is $75,000. We affirm the jury's award of $5,000 to Vera Venissat for loss of consortium. All other aspects of the judgment are affirmed.
>
> Costs of this appeal are assessed to defendants, St. Paul Fire & Marine Insurance Company, Charles Ferguson, and the Calcasieu Parish Sheriff's Department."

**AFFIRMED AS AMENDED**.